# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32806**

————————————

**UNITED STATES**
*Appellee*

**v.**

**David E.R. CAREY**
Airman (E-2), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 16 June 2026

————————————

*Military Judge*: Brian M. Thompson (arraignment and pretrial motions); Nathan D. Royer (trial).

*Sentence*: Sentence adjudged 1 October 2024 by SpCM convened at Joint Base Elmendorf-Richardson, Alaska. Sentence entered by military judge on 5 November 2024: Bad-conduct discharge, confinement for 15 days, reduction to E-1, and a reprimand.

*For Appellant*: Major Jordan L. Grande, USAF; Major Frederick J. Johnson, USAF.

*For Appellee*: Major Vanessa Bairos, USAF; Major Kate E. Lee, USAF; Major Jocelyn Q. Wright, USAF.

Before DOUGLAS, MCCALL, and KUBLER, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings as entered are correct in law. Article 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). In addition, the sentence as entered is correct in law

and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court